IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ**, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> *versus* <br><br> **PARAGON FINANCIAL CORP** d/b/a **NATIONAL RELIEF CENTER** d/b/a **CONSUMER CREDIT CARD RELIEF.**, et al., <br><br> Defendants. | § § § § § § § § § § § § § § § | **Civil Action No. 24-CV-438 LS** |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AGAINST ALL DEFENDANTS

Plaintiff ERIK SALAIZ, and Defendants PARAGON FINANCIAL CORP d/b/a NATIONAL RELIEF CENTER d/b/a CONSUMER CREDIT CARD RELIEF (hereinafter "Paragon"), DMB FINANCIAL, LLC (hereinafter "DMB") and COMPLETE LEGAL PLAN, LLC (hereinafter "CLP") (collectively "Defendants") have resolved their case. Plaintiff hereby requests this Honorable Court dismiss the case against all Defendants with prejudice.

Dated this 17th day of April 2025.

Respectfully Submitted,

The Darwich Law Firm, LLC
  /Omar F. Darwich/ _____
Omar F. Darwich
Tx Bar No. 24124686

6090 Surety Dr., #305
El Paso, TX 79905

(915) 671-2221
omar@darwichlegal.com

**ATTORNEY FOR PLAINTIFF**