UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED;** § § § § | |
| *Plaintiff*, § | No. 3:24-CV-00438-LS |
| § | |
| **v.** § | |
| § | |
| **PARAGON FINANCIAL CORP, DMB FINANCIAL, LLC, A MASSACHUSETTS LIMITED LIABILITY COMPANY; COMPLETE LEGAL PLAN, LLC, A FLORIDA LIMITED LIABILITY COMPANY; AND JOHN DOE,** § § § § § § § § | |
| *Defendants*. § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice. The Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 17, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**